E. L. CHURCHILL v. C. J. ROBINSON. (No. 2119.) Court of Civil Appeals of Texas.

El Paso. March 8, 1928. Appeal from Atascosa County Court; Earl D. Scott, Judge. Nat L. Hardy and Walter E. Jones, both of Jourdanton, for appellant. J. R. Garnand and Garnand & Barrow, all of Jourdanton, for appellee.

HIGGINS, J. The record in this case contains no bills of exception nor statement of facts. No briefs have been filed. The transcript has been examined to ascertain, if there is any error in law apparent upon the face of the record. Finding none, the judgment is affirmed.